IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECE
2007 FEB 21  A 10: 03
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

LEO WEBB, JR. #154768 )
_____ )
Full name and prison number )
of plaintiff(s) )
 )
 )
v. )
 )   CIVIL ACTION NO. 2:07CV153-MEF
LT. R. DENNIS )   (To be supplied by Clerk of
_____ )    U.S. District Court)
 )
_____ )
 )
 )   **DEMAND FOR JURY TRIAL**
_____ )
 )
 )
_____ )
 )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (✓)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (✓)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit:

      Plaintiff(s) _____ N/A _____

      Defendant(s) _____ N/A _____

2. Court (if federal court, name the district; if state court, name the county) _N/A_

3. Docket number _N/A_

4. Name of judge to whom case was assigned _N/A_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _N/A_

6. Approximate date of filing lawsuit _N/A_

7. Approximate date of disposition _N/A_

II. PLACE OF PRESENT CONFINEMENT _Elmore Correctional Center P.O. Box 8, Elmore, Alabama 36025_

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _Elmore Correctional Center Kitchen_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. Lt. R. Dennis | P.O. Box 8, Elmore, Alabama 36025 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _February 19, 2007_

2

V.  STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Violated Plaintiff Eighth and Fourteenth Amendment of the United States Constitution and Admin. Reg. 208 of ALDOC.

SUPPORTING FACTS: On February 19, 2007, I was approached by Lt. Dennis the defendant herein who order me to get back to work as Plaintiff Webb turn his back being no threat to Defendant Dennis, Defendant Dennis malicious pushed Plaintiff Webb in his back above the waste, WHY? for no good cause other than excessive use of force, assault and unprofessial like conduct. It is well established by the laws of this land that there is no justification for assault a person in the Back for they is no threat.

GROUND TWO: _____

SUPPORTING FACTS: _____

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Plaintiff seek a trial by Jury pursuant to Rule 38 Federal Rules Civil Procedure and the 7th Amendment of the United States Constitution. Plaintiff seek punitive damages in the sum of $100,000.00 for mental anguish and anxiety for this cruel and unusual punishment and assault.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on __2-20-07__.
(Date)

_____
Signature of plaintiff(s)

4

LEO WEBB, JR. #154786-B1-98B
Elmore Corr. CENTER
P.O. Box 8
Elmore, Alabama 36025

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. Box 711
Montgomery, Alabama 36101-0711

MONTGOMERY AL 361
20 FEB 2007 PM 3 T

36101+0711