IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

LEO WEBB, JR. #154768,
    Plaintiff,

V.

LT. R. DENNIS,
    Defendant.

CIVIL ACTION NO.: 2:07CV153-ME
(To Be Supplied By Clerk of the U.S. District Court)

RECEIVED
2007 FEB 21  A 10: 03
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION TO PROCEED IN FORMA PAUPERIS

Comes now the Plaintiff Leo Webb, Jr., by and through PRO/SE in the above style Civil Action hereby Respectfully moves this U.S. District Court on Motion To Proceed In Forma Pauperis, and in support Plaintiff states the following:

Plaintiff makes known to this District Court that the Defendant herein refuse to process Plaintiff forma pauperis Form in order to shield the violation, and this not from a lack of due diligence on Plaintiff's part; therefore, please allow Plaintiff access to this District Court.

Done this 20th day of February 2007.

Respectfully Submitted,
Leo Webb Jr.