IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LEO WEBB, JR., #154768,
  Plaintiff,

V.                                   2:07-cv-153-MEF

LT. R. DENNIS, and
JAMES JONES, CHIEF STEWARD,
  Defendants.

### Motion For Leave To Amend Pursuant To Federal Rules Of Civil Procedure

Comes now the Plaintiff Leo Webb, by and through PRO/SE hereby moves this district court on motion for leave to Amend in the above Style Civil Action Pursuant to the Federal Rules of Civil Procedure. See Complaint attached heretoo...

Done this 8th day of March 2007.

Respectfully Submitted,
Leo Webb Jr.

## CERTIFICATE OF SERVICE

I hereby certify this 8th day of March 2007, that I have served a true and correct copy of the same upon the defendants by U.S. mail postage prepaid.

Leo Webb Jr.
Leo Webb, Jr. Plaintiff
P.O. Box 8
Elmore, AL 36025

(3)

LEO WEBB, JR
#154768-131
Elmore Corr. Center
P.O. Box 8
Elmore, AL 36025

MONTGOMERY AL 361
08 MAR 2007 PM 3 T

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. Box 711
MONTGOMERY, AL 36101-0711

36101+0711

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LEO WEBB, JR., #154768,
   Plaintiff,

v.                                           2:07-CV-153-MEF

LT. R. DENNIS, and
JAMES JONES, CHIEF STEWARD,
   Defendants.

## AMENDED COMPLAINT

Comes now the Plaintiff Leo Webb, by and through PRO/SE in the above style Civil Action hereby in good faith file this Amended Complaint for Retaliation, and in support Plaintiff states the following:

AMENDED DEFENDANT'S NAME AND ADDRESS BELOW:

1. JAMES JONES, Elmore Correctional Center, P.O. Box 8, Elmore, AL 36025.

GROUND ONE: Defendant James Jones in retaliation acted in concert with Defendant R. Dennis by writing Plaintiff two (2) frivolous disciplinaries less than or at the same date and time under the same allege Rule Violation From Admin. Reg. #403 (continue next page)

(1)

in violation of Plaintiff Eighth and Fourteenth Amendment Rights of the United States Constitution, and 18 U.S.C.S. § 241 and 242 of the Federal Conspiracy Statute for Criminal Conspiracy and Double Jepordy, and Admin. Reg. 208 for the Alabama Department of Corrections. SUPPORTING FACTS: On March 2, 2007, after defendant Dennis informed defendant James Jones that Plaintiff Webb had filed a Civil Action lawsuit against defendant Dennis, the defendants at that point conspired to retaliate against Plaintiff Webb by Defendant James Jones writing Plaintiff Webb two (2) disciplinaries of the same nature at the same time for refusing to work. See Exhibits (A) and (B) attached heretoo...

### RELIEF

Plaintiff seek a trial by Jury pursuant to Rule 38 of the Federal Rules of Civil Procedure, for these punitive actions by the defendants in bad faith acting under color of State law plaintiff seek monetary damages in the sum of $100,000.00, and a declaratory order directed to Defendant restraining them from this malicious prosecution of Plaintiff, and any other relief this Court deem just, proper and fair.

DATE: 3-08-07

Respectfully Submitted,

Leo Webb Jr.

(2)

ALDOC Form 225B

## ALABAMA DEPARTMENT OF CORRECTIONS
## DISCIPLINARY REPORT

1. Inmate: **Leo Webb**   Custody: **Min**   AIS: **B/ 154768**

2. Facility: **ELMORE CORRECTIONAL CENTER**

3. The above named inmate is being charged by **Chief Steward James Jones** with violation of rule number **54** specifically **Refusing to Work** from regulation # **403** which occurred on or about **March 2**, 20**07** at (time) **7:05** (am / pm), Location: **ECC Kitchen**. A hearing on this charge will be held after 24 hours from service.

4. Circumstances of the violation(s) are as follows: **On March 2, 2007 at approximately 7:00am, you inmate Leo Webb #154768 stated to Chief Steward James Jones, "I am tired of this pussy ass kitchen. I want to be shipped from this mother fucking camp anyway.**

_____**March 2, 2007**_____        _____
         Date                              Arresting Officer / Signature / Rank

5. I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I informed inmate of his/her right to present a written or oral statement at the hearing and to present written questions for the witnesses on this the ___3___ day of ___March___, 20_07_ at (time) __1:02__ (am/pm).

_____        _____
Serving Officer / Signature / Rank        Inmate's Signature / AIS Number

6. Witnesses desired?   NO _____ / YES _____
                           Inmate's Signature                Inmate's Signature

7. If yes, list: _____
   _____

8. Hearing Date _____ Time _____ Place _____

9. Inmate must be present in Hearing Room. If he/she is not present explain in detail on additional page and attach.

10. A finding is made that inmate (is / is not) capable of representing himself.

    _____
         Signature / Hearing Officer

11. Plea: _____ Not Guilty   _____ Guilty

12. The Arresting Officer, Inmate, and all witnesses were sworn to tell the truth.

    _____
         Signature / Hearing Officer

Annex C to AR 403  (Page 1 of 5)

ALDOC Form 225B

## ALABAMA DEPARTMENT OF CORRECTIONS
## DISCIPLINARY REPORT

1. Inmate: __Leo Webb__     Custody: __Min__     AIS: __B/ 154768__

2. Facility: __ELMORE CORRECTIONAL CENTER__

3. The above named inmate is being charged by __Chief Steward James Jones__ with violation of rule number __54__ specifically __Refusing to Work__ from regulation # __403__ which occurred on or about __March 2__, 20__07__ at (time) __7:05__ (am / pm), Location: __ECC Kitchen__. A hearing on this charge will be held after 24 hours from service.

4. Circumstances of the violation(s) are as follows: __On March 2, 2007 at approximately 7:05am, you inmate Leo Webb #154768 stated to Chief Steward James Jones, "If you are going to write me up I refuse to work. I am not working. I want to be shipped anyway."__

    __March 2, 2007__  
    Date              *James Jones Chief Steward*  
                              Arresting Officer / Signature / Rank

5. I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I informed inmate of his/her right to present a written or oral statement at the hearing and to present written questions for the witnesses on this the __5__ day of __March__, 20__07__ at (time) __7:05__ (am/pm).

    _____ CoI      x _____ 154768  
    Serving Officer / Signature / Rank      Inmate's Signature / AIS Number

6. Witnesses desired?    NO __✓_____    YES _____  
                           Inmate's Signature             Inmate's Signature

7. If yes, list: _____

8. Hearing Date _____ Time _____ Place _____

9. Inmate must be present in Hearing Room. If he/she is not present explain in detail on additional page and attach.

10. A finding is made that inmate (is / is not) capable of representing himself.

    _____  
    Signature / Hearing Officer

11. Plea: _____ Not Guilty      _____ Guilty

12. The Arresting Officer, Inmate, and all witnesses were sworn to tell the truth.

    _____  
    Signature / Hearing Officer