Leo Webb Jr. #154268 )
Plaintiff, )
v. )
LT. R. Dennis ) 2:07-CV-153-MEF
Defendant )
)

## Notice

I want to inform the courts I Am no longer At Elmore. I Am At Fountain

P.O Box 3800
Atmore, Al 36503

So can you please forward any and all leagel documents to me here from now on. And can I please have a copy of all prior documents up to this date. Thank you!

Leo Webb Jr.

Leo WeBB Jr. #154768
Fountain
P.O. Box 3800
Atmore, Al 36503

MOBILE AL 366
28 MAR 2007 PM 1 T

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Al 36101-0711