IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

LEO WEBB, JR., #154 768         *

    Plaintiff,                  *

v.                              *       2:07-CV-153-MEF

LT. R. DENNIS           ,       *

    Defendant.                  *

_____

**ORDER ON MOTION**

Plaintiff filed a notice of change of address on March 30, 2007. In this notice, Plaintiff also requests a copy of all documents filed in this matter to date. Upon consideration of Plaintiff's request, construed as a motion for free copies, it is

ORDERED that the motion (Doc. No. 8) is GRANTED in part and DENIED in part. Plaintiff's request for a copy of the documents filed in this matter shall be GRANTED with respect to Documents Numbers 1 and 4 and DENIED with respect to the remaining documents filed.

Accordingly, the Clerk is DIRECTED to furnish Plaintiff with a copy of Document Numbers 1 and 4 along with a copy of the docket sheet for this case.

DONE, this 3rd day of April 2007.

                       /s/   Susan Russ Walker
                       SUSAN RUSS WALKER
                       UNITED STATES MAGISTRATE JUDGE