**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Chief Steward James Jones
Elmore Correctional Facility
P. O. Box 8
Elmore, AL 36025

07-153 cmp and cpy + order

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Joseph Giles
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Joseph Giles

C. Date of Delivery
4-11-10

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7006 2760 0002 8193 1811

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540