IN THE UNITED STATES DISTRICT COURT FOR
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LEO WEBB, JR., #154768         :
     Plaintiff,            §
vs.                            §        2:07-CV-153-MEF
                               §
LT. R. DENNIS, ET AL.,         §
     Defendants.           :

### MOTION FOR EXTENSION OF TIME

Comes now the Plaintiff in the above styled matter and Motion this Honorable Court for an extension of time to file his objection to the Magistrate Judge's recommendation dated on the 10th day of April, 2007, and for the said requested for extension to fifteen additional days.

The Plaintiff avers that this requested for extension of time is necessary in order for him to properly present the court with a valid objection to the report, because the Plaintiff is unlearned in the law and must seek the assistance of other inmates to prepare his response.

Done on this the 19th day of April, 2007.

Respectfully Submitted,

Leo Webb, Jr.
Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the defendants by placing a copy of the same in the inmate mailbox at the G. K. Fountain Corr. Fac. for United States mail delivery on this the 19th day of April, 2007.

Plaintiff

Mr. Leo Webb, Jr.,
AIS# 154768   Unit# J-31-B
J.K. FOUNTAIN CORR. FAC.
FOUNTAIN 3800
ATMORE, ALABAMA 36503

**LEGAL**



MOBILE AL 365
24 APR 2007 PM 2 T

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
C/O HON. DEBRA P. HACKETT, CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711