IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

LEO WEBB, JR., #154 768            *

    Plaintiff,                         *

v.                                 *       2:07-CV-153-MEF

LT. R. DENNIS           ,          *

    Defendant.                         *

_____

**ORDER ON MOTION**

Plaintiff requests an extension of time to file objections to the Recommendation of the Magistrate Judge entered on April 10, 2007. Upon consideration of the motion, it is ORDERED that:

1. Plaintiff's Motion for Extension of Time (Doc. No. 15), is GRANTED;

2. Plaintiff is GRANTED an extension from April 23, 2007 to May 8, 2007 to file his objections.

DONE, this 25th day of April 2007.

        /s/ Susan Russ Walker
    SUSAN RUSS WALKER
    UNITED STATES MAGISTRATE JUDGE