IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| LEO WEBB, JR., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:07-cv-153-MEF |
| ) | WO |
| R. DENNIS, *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #17) to the Recommendation of the Magistrate Judge filed on May 10, 2007 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #10) filed on April 10, 2007 is adopted;

3. The plaintiff's excessive force claim against defendant Dennis is DISMISSED with prejudice prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

4. This case with respect to plaintiff's retaliation claim against the named defendants is referred back to the magistrate judge for further proceedings.

DONE this the 16th day of May, 2007

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE